UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:18-MJ-534-1 |
| | § | |
| MARIO AGUSTIN BUENO-CASTILLO | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1) There are no conditions or combination of conditions that would reasonably secure the presence of the Defendant; and

(2) There are no conditions or combination of conditions that will reasonably assure the safety of the community.

The evidence against the Defendant is substantial. He was caught driving toward Mexico with over $250,000 in apparent drug-related currency hidden in his car. The findings and conclusions contained in the Pretrial Services Report are adopted. The Defendant is a Mexican citizen with no status to live, work, or stay in the United States. There is an immigration detainer on file for the Defendant and he is subject to immediate deportation if released on bond. Those factors represent a serious risk of flight. If the Defendant can obtain permission to stay in the United States, and if the immigration detainer is withdrawn, this order of detention may be reconsidered.

The Defendant is committed to the custody of the United States Marshal or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 2nd day of May, 2018.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE